**Eric K. CHERRY, Plaintiff,**

**530**

Thomas Robinson, Plaintiff–Appellant,

v.

Mr. Ernest EDWARDS, Superintendent, Otisville, C.F., D.O.C. NYS, Mr. Goord, Commissioner, D.O.C., NYS, Director T.G. Eagen, Central Office Grievance Committee, Doctor Sarrick, Otisville, C.F. Medical Staff D.O.C. NYS, Mrs. H. Miller, N.A., Medical Staff Otisville, C.F. D.O.C. NYS, Defendants–Appellees.

No. 05–1366.

United States Court of Appeals, Second Circuit.

Nov. 17, 2005.

Thomas Robinson, Beacon, NY., for Plaintiff–Appellant, pro se.

Mariya S. Treisman, Assistant Attorney General, for Eliot Spitzer, Attorney General of the State of New York., for Defendants–Appellees.

Present: MINER, KATZMANN, and WESLEY, Circuit Judges.

### SUMMARY ORDER

ON CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the judgment of the District Court be and hereby is **AFFIRMED**.

Plaintiff-appellant Thomas Robinson, *pro se*, appeals from the judgment of the United States District Court for the Southern District of New York (Maas, *M.J.*) entered pursuant to an unreported Deci-

sion and Order dated January 18, 2005, granting defendants' motion for summary judgment and denying Robinson's cross motion to amend the complaint. The parties' familiarity with the facts is assumed. For the reasons stated in the District Court's thorough opinion, we affirm.

The judgment of the district court is **AFFIRMED**.